

2005 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-17-2005

# USA v. White

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-1026

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2005

Recommended Citation

"USA v. White" (2005). *2005 Decisions*. Paper 998.
http://digitalcommons.law.villanova.edu/thirdcircuit_2005/998

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2005 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 04-1026
_____

UNITED STATES OF AMERICA

v.

SHEREE WHITE
Appellant

SUR PETITION FOR PANEL REHEARING

BEFORE:  AMBRO, STAPLETON and ALARCON,* <u>Circuit Judges</u>

The petition for panel rehearing filed by petitioner in the above-entitled case

having been submitted to and considered by the judges who participated in the decision of

this Court, IT IS ORDERED that the petition for panel rehearing is GRANTED.  IT IS

FURTHER ORDERED that the panel's not precedential opinion entered June 8, 2005, is

WITHDRAWN.

By the Court,

 /s/   Walter K. Stapleton
United States Circuit Judge

DATED:  June 17, 2005
CLC\cc:  Anne M. Dixon, Esq.          Joel D. Goldstein, Esq.

_____

* Hon. Arthur L. Alarcon, Senior United States Circuit Judge for the Ninth Circuit, sitting
by designation.